AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*January 23, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ishamel CADET | ) | Case No. **4:25-mj-0021** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 23, 2025____ in the county of ____Harris____ in the ____Southern____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC, Sec. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

Please see attached affidavit, which is made a part of this application

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael S. Trogden, Special Agent
*Printed name and title*

Sworn to me telephonically.

Date: January 23, 2025

_____
*Judge's signature*

City and state: Houston, Texas

Honorable Peter J. Bray, Magistrate Judge
*Printed name and title*

SBU -LAW ENFORCEMENT

**4:25-mj-0021**

## AFFIDAVIT SPECIAL AGENT MICHAEL S. TROGDEN
## IN SUPPORT OF CRIMINAL COMPLAINT

The Affiant being duly sworn does depose and state the following:

1.   I, Michael S. Trogden, am currently employed as a Special Agent in with the Diplomatic Security Service and have been so since September 2023. I was previously employed as a Staff Sergeant with the U.S. Marine Corps. I am a graduate of American Military with Bachelor of Arts Degree in International Relations and Global Security. I am also a graduate of the Federal Law Enforcement Training Center and the Basic Special Agent Course where I received specialized training on criminal violations of Federal statutes. As a Special Agent with DSS, I am vested with the authority to investigate violations of Federal laws, including Titles 18, United States Code.

2.   The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers; (c) information provided to me and other law enforcement officers by an anonymous tip; (d) criminal history records maintained by various law enforcement agencies, Houston Police Department ("HPD") and the National Criminal Information Center ("NCIC"); and (e) the training and experience of myself and other law enforcement agents and officers.

3.   On May 17, 2023, Ciera Julieth Blas was charged and indicted in the Eastern District of Texas for violations of 18 USC 1546(a) and 18 USC 1028A. Blas has also been indicted in Sarasota, Florida on similar conduct charges stemming from different criminal acts. In the Florida case, Blas stole the identities of over 30 victims. Blas is aware of these charges and has fled in hopes of avoiding prosecution.

4.   On January 23, 2025, DSS Special Agents located and arrested Blas at a townhouse in Houston, Texas located in the Southern District of Texas that she was renting with Ishamel

CADET. During a protective sweep of the residence, I observed two firearms in plain view in the downstairs bedroom adjacent to CADET's personal belongings and men's clothing.




5. The firearms were identified as: a Mini Draco, s/n ROA-23PH0291, and Ruger 5.7 pistol, s/n 643-89899. Using law enforcement databases which officers find to be credible and reliable, the firearms were not found to be registered to Blas or CADET.

7. On January 23, 2025, DSS Investigative Specialist (IS) Michelle Lundby conducted a preliminary investigation regarding the criminal history of Ishamel CADET (B/M, DOB 08/16/1994), FBI # 739402WD5, SID # 12743567Y). Through this investigation I learned that CADET has a 2016 felony conviction for criminal possession of a firearm stemming from an arrest by the New York Police Department. Additionally, on February 1, 2022, in case #2020-002733A, he was convicted of 'possession of firearm by a convicted felon' in Seminole County, Florida.

9. On January 23, 2025, DSS Special Agent Kate Langston contacted Bureau of Alcohol, Tobacco and Firearms Special Agent George Taylor who is a recognized expert in the interstate movement of firearms. Special Agent Taylor determined that the Ruger, P345, .45 Caliber pistol, s/n 66443185 was not manufactured in the State of Texas and therefore would have

SBU -LAW ENFORCEMENT

traveled in interstate commerce to arrive in the State of Texas.

10. Based on the foregoing and evidence, I believe that probable cause exists for the issuance of an arrest warrant for CADET for the violation of Title 18 USC, Sec. 922(g)(1).

MICHAEL S TROGDEN
Digitally signed by MICHAEL S TROGDEN
Date: 2025.01.23 16:05:00 -06'00'

Michael S. Trogden
Special Agent
Diplomatic Security Service

Sworn to and subscribed ~~before me~~ by telephone on this the __23rd__ day of January 23, 2025, and I find probable cause.

Peter J. Bray
United States Magistrate Judge
Southern District of Texas

Page **3** of **3**

SBU -LAW ENFORCEMENT